FILED
CLERK, U.S. DISTRICT COURT
DEC 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Gerhard Francis Hollatz,<br>　　　　　Defendant. | Case No.: CR 03-00672-PA<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District /California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, unverified recent

1  background information, possesses expired passport,
2  unemployed, apparent memory lapses, prior violations
3  _____

4       (and)/or

5  B.   (✓)  The defendant has not met (his)/her burden of establishing by
6       clear and convincing evidence that (he)/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: nature of current allegations, prior SR violations
10     _____
11     _____
12     _____
13

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated:  12/24/14                    /s/ Jean Rosenbluth
18                                      JEAN ROSENBLUTH
                                        U.S. MAGISTRATE JUDGE