UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR03-672 PA |
| | ) | |
| Plaintiff | ) | JUDGMENT REVOKING |
| | ) | SUPERVISED RELEASE AND |
| vs. | ) | COMMITMENT ORDER |
| | ) | |
| GERHARD FRANCIS HOLLATZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On January 12, 2015, April Christine, the attorney for the government appeared, and the defendant, Gerhard Francis Hollatz, appeared with appointed counsel Neha Mehta, DFPD; and defendant admitted to the allegation, as charged in the Petition on Probation and Supervised Release (Modification) filed on December 22, 2014.

      THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of February 8, 2009, and ORDERS that the order of supervised release are hereby revoked, vacated, and set aside.

      IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that supervised release is revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of twelve months as to Count 5. In addition, a lifetime term of supervised release as to Count 5 is ordered under the

UNITED STATES OF AMERICA v. GERHARD FRANCIS HOLLATZ                                    PAGE 2
CASE NO. CR03-672 PA

same terms and conditions previously ordered including participation for a period of two years in a Location Monitoring Program which will include GPS. Defendant is ordered to observe all rules of such program, as directed by the Probation Officer. Defendant is ordered to charge the tracking unit at least every 12 hours for a minimum of one hour each time. Defendant is ordered to allow inspection of the monitoring equipment as directed by the Probation Officer.

It is ordered that the clerk deliver a copy of this Judgment Probation/Commitment Order to the U.S. Marshal or other qualified officer.

DATE: January 13, 2015

FILED:

_____
PERCY ANDERSON
United States District Judge

Terry Nafisi, Clerk of Court
by:   Stephen Montes Kerr
         Deputy Clerk