CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
NADINE C. HETTLE (Bar No. 149842)
(E-Mail: Nadine_Hettle@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
GERHARD HOLLATZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 03-672-PA |
|---|---|
| Plaintiff, | |
| v. | **SENTENCING CONSIDERATIONS; EXHIBIT A IS FILED SEPARATELY AND UNDER SEAL** |
| GERHARD HOLLATZ, | |
| Defendant. | |

Defendant Gerhard Hollatz, by and through his attorney of record Deputy Federal Public Defender Nadine C. Hettle, hereby submits Sentencing Considerations for the courts consideration prior to the sentencing hearing in this matter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 12, 2023          By  /s/ Nadine C. Hettle

NADINE C. HETTLE
Deputy Federal Public Defender
Attorney for GERHARD HOLLATZ

1

# I.  SENTENCING CONSIDERATIONS

**A.   Mr. Hollatz Suffers from Diabetes, Obesity, Hypertension, And Is In Poor Health**

### 1.   Mr. Hollatz Suffers From Uncontrolled Diabetes

Mr. Hollatz is an insulin-dependent Type 2 diabetic.  *See* Selected Medical Records of Gerhard Hollatz, attached hereto as Exhibit A and filed under seal. Type 2 Diabetes, is a chronic impairment in the way the body uses sugar as fuel that results in too much sugar in the bloodstream.  Insulin, which is manufactured in and secreted by the pancreas when sugar enters the bloodstream, acts to lowers the amount of sugar in the blood by enabling sugar to enter and be utilized by the cells of the body.  As blood sugar drops, so does the production of insulin by the pancreas and its secretion into the bloodstream.  With type 2 diabetes, either the body resist the effects of insulin or doesn't produce enough insulin to maintain normal glucose levels.  Mayo Clinic, Type 2 Diabetes, https://www.mayoclinic.org/diseases-conditions/type-2-diabetes/symptoms-causes/syc-20351193.  High blood glucose levels damage blood vessels throughout the body causing damage to the eyes, extremities, digestive tract and organs such as kidneys and heart.  These complications are worse the higher the blood sugars are and the longer the blood sugars remain out of control.

There is no cure for Type 2 diabetes.  Patients with type 2 diabetes are instructed to lose weight, eat well by managing their intake of carbohydrates, and exercise.  If that is not enough to control blood sugar, then a patient may need diabetes medications or insulin therapy.  Whether a diabetic uses insulin or not, the main goal is keeping blood sugar levels under control.  Mayo Clinic, Diabetes, Treatment for all types of diabetes, https://www.mayoclinic.org/diseases-conditions/diabetes/diagnosis-treatment/drc-2037145.

Blood sugar measurement and tracking is a key tool in diagnosing diabetes and tracking whether treatment efforts are effective.  Blood sugar is measured by two types of tests: 1) a serum blood glucose measurement which is taken with a meter throughout

2

the day, and 2) an A1C measurement which is taken in a blood draw by a medical professional.  The A1C measures the level of sugar that binds to hemoglobin in the blood over time.  The A1C gives treating physicians a patient's average glucose levels over the last two to three month period.

Serum blood glucose levels will fluctuate throughout the day, and are affected by whether the patient has eaten or exercised.  A1C levels are more steady and reflect the patient's body's ability to clear glycated sugar that binds with the patient's hemoglobin over time.  A1C has the ability to measure how consistent the diabetic's treatment is in managing the disease over several-months-time.  Mayo Clinic, Patient Care & Health Information, Tests & Procedures, A1C test, https://www.mayoclinic.org/tests-procedures/a1c-test/about/pac 20384643#:~:text=The%20A1C%20test%20is%20a%20common%20blood%20test,level%20for%20the%20past%20two%20to%20three%20months.  Normally, a fasting blood glucose reading is taken each morning upon awakening by diabetics.  For a diabetic to have his disease under control that reading should be 130 or less. See Centers for Disease Control, Manage Blood Sugar, https://www.cdc.gov/diabetes/managing/manage-blood-sugar.html.

The disadvantage to the A1C measurement is that it is an estimated average that doesn't capture a person's blood glucose extremes, i.e. the blood sugar highs and lows throughout the day. CDC, Diabetes, All About Your A1C, https://www.cdc.gov/diabetes/managing/managing-blood-sugar/a1c.html#:~:text=A1C%20is%20an%20important%20tool%20for%20managing%20diabetes%2C,and%20the%20other%20with%20high%20and%20low%20swings. Normal blood Extremely low blood sugar, or hypoglycemia, can lead to sudden death.  Low blood sugar is defined as less than 70 mmol/L. Mayo Clinic, Hypoglycemia, https://www.mayoclinic.org/diseases-conditions/hypoglycemia/symptoms -causes/syc-20373685.  Extremely high blood sugar levels can lead to diabetic coma and sudden death.  Mayo Clinic, Ketoacidosis, https://www.mayoclinic.org/diseases-

3

conditions/diabetic-ketoacidosis/symptoms-causes/syc-20371551. Any glucose test above 500 mg/dl puts a person at risk for sudden death.  Know About Risks of Blood Sugars Over 500, Diabetes Complications, Feb. 02, 2011, https://www.healthguideinfo.com/diabetes-complications/p108761/.

During Mr. Hollatz' latest incarceration he experienced a diabetic ketoacidosis crisis and was hospitalized in the ICU and White Memorial Hospital for several days. See Exhibit A at 10-21 and 36-48.  When Mr. Hollatz was admitted to Metropolitan Detention Center he was initially housed on 8N the Special Housing Unit.  This floor is populated by other in solitary confinement or disciplinary segregation.  Mr. Hollatz was housed there simply because of his sex offender status and not because he acted out within the prison.  MDC justifies placing sex offenders on that floor as a measure designed to protect the inmate. While the staff had the option of placing him elsewhere, such as a mental health floor. it chose the most restrictive conditions and conditions that were detrimental to his medical care.

On June 13, 2023, Mr. Hollatz experienced repeated episodes of vomiting. When MDC staff took Mr. Hollatz' blood glucose, it measured at 578  See Exhibit A at 18.  Even after insulin was administered through injection, his blood glucose was still above 500.   See Exhibit A at 18. He was immediately taken to White Memorial and admitted to the ICU.  He remained in the ICU for three days.  Mr. Hollatz stayed at the hospital for an additional five days.  See Exhibit A 10-21.  When he was discharged on June 21, 2023, he had had a fasting morning blood sugar of 196 that morning, which was far in excess of the normal diabetics fasting blood glucose of 130. See Exhibit A at 15.  Even after over a week of treatment, Mr. Hollatz' blood glucose levels were not normal.

The most recent tests indicate that Mr. Hollatz blood sugar levels are not under control.  For a diabetic the goal is to have an A1C reading of less than 7.0.  American Diabetes Association, Understanding A1C, diabetes.org, https://diabetes.org/diabetes/a1c.  Mr. Hollatz has a A1C of 8.6 which means that his

diabetes is not under control.  See Exhibit A at 1-8.  Mr. Hollatz has had diabetes for over twenty years.  He is already suffering diabetic neuropathy as a complication of diabetes.  Exhibit A at 23, 25.  Diabetes is a progressive disease if not rigorously treated with medication, diet and lifestyle changes.  The more time he spends without getting his diabetes under control, the more negative the health outcome.

### 2.   The Stress of Incarceration Will Have a Negative Impact on Mr. Hollatz' Mental, Emotional and Physical Health

Stress negatively affects health in general.  But, for Mr. Hollatz who suffers from Autism Spectrum Disorder, Major Depression, Diabetes, Seizure Disorder and Hypertension it can have an especially negative effect.  See Exhibit A. As a person with Autism Spectrum Disorder, Mr. Hollatz experiences heightened levels of anxiety.  See Exhibit A at 2-3, 27.   As a person who is incarcerated for a sex offense he is subject to harsh treatment by guards and other inmates who discover why he incarcerated.  The isolation of the SHU caused him greater stress.  However, being in the general population where he is subject to physical harm also causes him stress.  MDC's medical staff notes indicate that he has appeared distressed throughout his incarceration.

Stress complicates glucose control for diabetics and they are counseled to engage in activities to lower their stress levels.  Diabetes UK, Stress and Diabetes, The Impact on Your Well-Being,

https://www.diabetes.org.uk/guidelines-to-diabetes/emotions/stress

The stress of incarceration could have a profoundly negative effect on Mr. Hollatz' health. During his latest incarceration, Mr. Hollatz has suffered two seizures.  Exhibit A at 32.  While incarcerated at MDC, Mr. Hollatz has not had the ability to get outside and exercise or engage in the self-care needed to manage his disease. In addition, Mr. Hollatz does not have the ability to control his diet while incarcerated.  Mr. Hollatz has been advised to eat a heart healthy diets while incarcerated.  Exhibit A at 10-21, and 36-48.  In addition, when he was hospitalized at White Memorial his was placed on a low carbohydrate diet. However, there are not a lot of healthy options available to him while incarcerated.  The meals are heavy in starches and carbohydrates and he does not have many choices that are healthy and that meet his caloric needs.  Thus, the effects of this diet in the long-term can be destructive to his health.

## II. CONCLUSION

The court should take into account that given Mr. Hollatz' mental health issues and Autism, any incarceration is especially punishing on him emotionally. With less ability to cope with interpersonal difficulties and threats to his safety, the time he serves is felt harder than it is by others. A sentence within the guidelines range is sufficient to punish him for his wrongdoing.  The court should consider less restrictive community corrections placement.  In addition, the court should consider how the stress of incarceration, his housing conditions and his diet can all negatively affect is health.

//

1    While diabetes is common, it is nevertheless a deadly and debilitating disease.

2 Excessive incarceration endangers Mr. Hollatz' health.  For these reasons, the court

3 should impose a sentence within the guidelines range.

4

5                                       Respectfully submitted,

6                                       CUAUHTEMOC ORTEGA
                                        Federal Public Defender
7

8 DATED:  September 12, 2023            By   /s/ Nadine C. Hettle
9                                       NADINE C. HETTLE
                                        Deputy Federal Public Defender
10                                      Attorney for GERHARD HOLLATZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28